ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
ERICA L. SEGER
Assistant U.S. Attorney
State Bar No. 022681
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
erica.seger@usdoj.gov
Attorneys for Plaintiff

FILED

2018 JUL 25  PM 3:30

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*RCC(LAB)*

United States of America,

　　　　　　　Plaintiff,

vs.

John Edward Crowley,

　　　　　　　Defendant.

**CR18 - 1494 TUC**

**INDICTMENT**

**VICTIM CASE**

VIO: 18 U.S.C. §§ 111(a)(1), (b) and 1114
(Assault on a Federal Officer With
Bodily Injury)
Count 1

THE GRAND JURY CHARGES:

## <u>COUNT ONE</u>

On or about January 12, 2018, at the Federal Correctional Complex, Tucson, in the District of Arizona, the defendant, JOHN EDWARD CROWLEY, did knowingly and forcibly assault Correctional Officer E. R., an officer or employee of the United States or any agency thereof, while Correctional Officer E. R. was engaged in the performance of

1  his official duties, and the assault resulted in bodily injury to Correctional Officer E. R.;

2        All in violation of Title 18, U.S.C. Sections 111(a)(1), (b) and 1114.

3                                A TRUE BILL

4

5                                    /s/
6                          _____
                            Presiding Juror
7

8
   ELIZABETH A. STRANGE
9  First Assistant United States Attorney
   District of Arizona
10
        /s/
11

12 ERICA L. SEGER
   Assistant U.S. Attorney
13 Dated July 25, 2018

14                                    REDACTED FOR
                                      PUBLIC DISCLOSURE
15

16

17

18

19

20

21

22

23

24

25

26

27

28