IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Case No. CR 18-01494-TUC-RCC (LAB)

v.

APPLICATION AND
WRIT OF HABEAS CORPUS

John Edward Crowley,

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the court for the issuance of a writ of habeas corpus ☒ad prosequendum, ☐ad testificandum, ☐in re motion pursuant to 28 U.S.C. § 2255 and avers:

1. Defendant John Edward Crowley, Booking No. 09640-023, is

2. Detained by Warden, Lewisburg USP, 2400 Robert F. Miller Dr., Lewisburg, PA 17837; (570) 523-1251; Fax: (570) 522-7745

3. Detainee is charged in this district by 18: 111(a)(1), (b) & 1114, alleging Assault on a Federal Officer with Bodily Injury.

4. Appearance is necessary on (date and time) _September 14, 2018 at 2:00 p.m._

☐ in Courtroom Number _____ or ☐before the Federal Grand Jury of the U.S. Courthouse for the district, for:

☒ Arraignment / Initial Appearance   ☐ Plea
☐ Jury trial                           ☐ Bench Trial
☐ Sentencing                           ☐ In Re a 28 U.S.C. § 2255 motion
☐ The purpose to give testimony in the above-captioned proceeding
☐ Other purpose(s), to wit: _____

Date: 8/9/18

Erica L. Seger
Assistant United States Attorney

AUSA, PTS, PROB, USM

Copies Distributed

# WRIT OF HABEAS CORPUS

☒  Ad Prosequendum      ☐  Ad Testificandum      ☐  In Re Motion to Vacate

      The instant application is granted and the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, or other federal law enforcement officer(s) for this district, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the facility listed above unless otherwise ordered by the Court.

Date: 8/17/18

_Leslie A. Bowman_
Honorable Leslie A. Bowman
United States Magistrate Judge