JON M. SANDS
Federal Public Defender
TAMARA MULEMBO
Assistant Federal Public Defender
State Bar No. 024490
tamara_mulembo@fd.org
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500
Fax: (520) 879-7601
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | NO. CR-18-1494-TUC-RCC (LAB) |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO CONTINUE |
| John Edward Crowley, | TRIAL DATE AND PLEA DEADLINE |
| Defendant. | Unopposed<br>First Request –<br>Defendant In Custody |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7) will occur as a result of this motion or an order based thereon.

Defendant, JOHN EDWARD CROWLEY, through counsel, requests a 60-day continuance of the plea deadline set for October 12, 2018, and the trial date of October 30, 2018, based upon the following:

1) Additional time is needed for investigation and pre-trial preparation.
2) Assistant U.S. Attorney, ERICA SEGER, has no objection to this request.
3) The ends of justice will be served by a continuance, and a miscarriage of justice will result if a continuance is denied. 18 U.S.C. §3161(h)(7)(B)(i).

RESPECTFULLY SUBMITTED: October 12, 2018.

JON M. SANDS
Federal Public Defender
*s/ Tamara Mulembo*
TAMARA MULEMBO
Attorney for Defendant

1

## *CERTIFICATE OF SERVICE*

*I hereby certify that on October 12, 2018, I electronically transmitted the accompanying Motion to Continue Trial of October 30, 2018 to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:*

ERICA SEGER, Assistant
United States Attorney's Office