JON M. SANDS
Federal Public Defender
TAMARA MULEMBO
Assistant Federal Public Defender
State Bar No. 024490
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520)879-7500, Fax: (520)879-7601
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>John Crowley,<br><br>　　　　Defendant. | NO. CR-18-1494-TUC-RCC (LAB)<br><br>PETITION FOR ORDER<br>TO SHOW CAUSE |

　　　　The defendant, JOHN CROWLEY, through counsel petitions this Court for an Order to Show Cause why FCC Tucson should not be held in contempt for failing to comply with this Court's subpoena. The reasons for this request are set forth in the accompanying Memorandum of Points and Authorities.

　　　　RESPECTFULLY SUBMITTED: May 1, 2019.

　　　　　　　　　　　　　　　　　JON M. SANDS
　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　*s/ Tamara Mulembo*
　　　　　　　　　　　　　　　　　TAMARA MULEMBO
　　　　　　　　　　　　　　　　　Attorney for Defendant

## MEMORANDUM OF POINTS AND AUTHORITIES

**Background:**

Mr. Crowley sought and obtained a subpoena for his complete inmate file from FCC Tucson. Counsel sought the subpoena on his behalf after learning the prison would take at least several months to fulfill her FOIA request despite Mr. Crowley's assertion that he had an immediate need for the file and that he had signed a release for the information. The BOP FOIA clerk stated that she was working on fulfilling FOIA requests from 2017 and suggested that subpoena would expedite the defense's request.

The subpoena was served on March 6, 2019; the documents were due to counsel on March 22, 2019. Counsel for FCC agreed to accept service by email. *See* Exhibit A. FCC did not move to quash the subpoena directly or through the United States Attorney's Office. When no records had been received over a month past the due date, undersigned counsel's office reached out to FCC to learn the status of facility's response to the subpoena. *See* Exhibit B. FCC responded that it was redacting the file and that it intended to send it to the United States Attorney's Office instead of defense counsel as mandated in the subpoena. *See* Exhibit B.

**Law and Argument:**

Failure to comply with the Court's lawful order is contempt. 18 U.S.C. §401. The Court has the inherent power to punish for contempt. *Yates v. United States*, 227 F.2d 844, 845-46 (9th Cir. 1955). Assuming that FCC had a legal basis to resist the subpoena, FCC was obligated to present that basis in a motion to quash and may not assert those bases for the first time in a contempt action. *Compare United States v. Ryslander*, 460 U.S. 752, 756-57 (1983).

Mr. Crowley served a valid subpoena on FCC for his *own* file to expedite receipt of materials he is entitled to pursuant to Rule 16. Moreover, counsel sought a subpoena in order to get a complete, unedited file. It is imperative that counsel have this information pre-trial to identify and consult with appropriate experts and to prepare a defense pursuant to the Sixth Amendment. Although the Government suggested that Mr. Crowley is not entitled to these documents before trial, that is not the case. *See United States v. Tucker*, 249 F.R.D. 58, 62-67 (S.D.N.Y. 2008).

**Conclusion:**

For the reasons set forth above, Mr. Crowley requests that a hearing be set for FCC to show why it should not be held in contempt for failing to produce his complete inmate file.

RESPECTFULLY SUBMITTED: May 1, 2019.

JON M. SANDS
Federal Public Defender

*s/ Tamara Mulembo*
TAMARA MULEMBO
Attorney for Defendant

## CERTIFICATE OF SERVICE

*I hereby certify that on May 1, 2019, I electronically transmitted the attached Motion for Order to Show Cause to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:*

ERICA SEGER, Assistant
United States Attorney's Office

BEN BRIESCHKE
Senior Attorney
FCC Tucson
9300 South Wilmot Road
Tucson, Arizona 85756
bbrieschke@bop.gov