Attachment A

# Tamara Mulembo

| | |
|---|---|
| From: | Ben Brieschke <BBrieschke@bop.gov> |
| Sent: | Wednesday, March 6, 2019 12:15 PM |
| To: | Sally Ybave |
| Cc: | Tamara Mulembo |
| Subject: | Re: Subpoena |

Yes we will. Please send it to R. Carabajal as his office gets them and tracks them. His e-mail is **rcarabajal@bop.gov**
Thank you.


Ben Brieschke
Senior Attorney
FCC Tucson
9300 S Wilmot Rd
Tucson, AZ 85756
(520) 663-5025
>>> Sally Ybave <Sally_Ybave@fd.org> 3/6/2019 11:56 AM >>>
Hello,

I have a subpoena for an inmate's central file. Would you be willing to accept service by email or fax?

Soledad A. Ybave, CLA
Paralegal
Federal Public Defender
407 W. Congress St., Ste 501
Tucson, AZ 85701
Phone: (520) 879-7500, ext. 7072
Fax: (520) 879-7600



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.