**Attachment B**

# Tamara Mulembo

**From:** Sally Ybave
**Sent:** Friday, April 26, 2019 1:23 PM
**To:** Tamara Mulembo
**Subject:** FW: FW: Subpoena
**Attachments:** Subpoena FCC.pdf

FYI: Response from FCC re: Crowley's Central File.

Soledad A. Ybave, CLA
Paralegal
Federal Public Defender
407 W. Congress St., Ste 501
Tucson, AZ 85701
Phone: (520) 879-7500, ext. 7072
Fax: (520) 879-7600



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** Lorri Mitchell <l1mitchell@bop.gov>
**Sent:** Friday, April 26, 2019 1:01 PM
**To:** Sally Ybave <Sally_Ybave@fd.org>
**Cc:** Ben Brieschke <BBrieschke@bop.gov>
**Subject:** Fwd: FW: Subpoena

Ms. Ybave,
Lewisburg sent us inmate Crowley's central file. It is quite voluminous and I have been working on scanning it. We will produce it through the AUSA assigned to the case. In addition to it being voluminous, once it is finished being scanned it will need redactions.
Thank you,

*Lorri Mitchell*
*Legal Assistant*
*Federal Bureau of Prisons*
*Federal Correctional Complex Tucson*

*9300 South Wilmot Road*
*Tucson, AZ 85756*
*(520) 663-5000*

>>> Randy Carabajal 4/26/2019 12:15 PM >>>



**Special Investigative Agent**
**Randy Carabajal**
**9300 S. Wilmot Road**
**Tucson, AZ 85756**
e-mail **rcarabajal@bop.gov**

>>> Sally Ybave <Sally_Ybave@fd.org> 4/26/2019 12:04 PM >>>
Good morning,

Please response with the status on the response to this subpoena. Records requested were due March 22nd.

Soledad A. Ybave, CLA
Paralegal
Federal Public Defender
407 W. Congress St., Ste 501
Tucson, AZ 85701
Phone: (520) 879-7500, ext. 7072
Fax: (520) 879-7600



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** Sally Ybave
**Sent:** Wednesday, March 6, 2019 1:20 PM

**To:** 'rcarabajal@bop.gov' <rcarabajal@bop.gov>
**Cc:** Tamara Mulembo <Tamara_Mulembo@fd.org>; Agnes Phegley <Agnes_Phegley@fd.org>
**Subject:** Subpoena

Good afternoon.

Attached is a subpoena for the central file of inmate John Edward Crowley.

Per Mr. Brieschke, you are able to accept service via email.

Thank you.

Soledad A. Ybave, CLA
Paralegal
Federal Public Defender
407 W. Congress St., Ste 501
Tucson, AZ 85701
Phone: (520) 879-7500, ext. 7072
Fax: (520) 879-7600



*This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify us by reply e-mail. Thank you for your cooperation.